FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 21 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN MEYUNG | Criminal Indictment<br><br>No. 4:22CR- 20 |

THE GRAND JURY CHARGES THAT:

### Count One
### (Production of Child Pornography – "Victim 1")

Between in or about July 2019, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 1," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

### Count Two
### (Production of Child Pornography – "Victim 2")

Between in or about May 2020, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN

MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 2," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

## Count Three
### (Production of Child Pornography – "Victim 3")

Between in or about August 2020, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 3," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

## Count Four
### (Production of Child Pornography – "Victim 4")

Between in or about September 2020, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 4," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

## Count Five
### (Production of Child Pornography – "Victim 5")

Between in or about October 2020, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 5," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and

facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

## Count Six
### (Production of Child Pornography – "Victim 6")

Between in or about June 2021, and continuing through in or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 6," an individual whose identity is known to the Grand Jury and who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2251(e).

All in violation of Title 18, United States Code, Section 2251(a).

## Count Seven
### (Transportation of Child Pornography)

In or about December 2021, in the Northern District of Georgia and elsewhere, the defendant, RYAN MEYUNG, did knowingly transport and ship child pornography, knowing that the transported item(s) constituted child pornography, as defined in Title 18, United States Code, Section 2256(8), and using any means and facility of interstate and foreign commerce, and in and

affecting interstate and foreign commerce, pursuant to Title 18, United States Code, Section 2252A(b)(1).

All in violation of Title 18, United States Code, Section 2252A(a)(1).

## Count Eight
### (Possession of Child Pornography)

On or about December 17, 2021, in the Northern District of Georgia, the defendant, RYAN MEYUNG, did knowingly possess material containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, pursuant to Title 18, United States Code, Section 2252A(b)(2).

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## Forfeiture

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant, RYAN MEYUNG, that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, as a result of the defendant's conviction for any count alleged in this Indictment.

2. Pursuant to 18 U.S.C. § 2253, upon conviction of any offense set forth in Counts One through Seven of this Indictment, in violation of 18 U.S.C. §§ 2251 and 2252A, the defendant, RYAN MEYUNG, shall forfeit to the United States:

    a. Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any

such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property to be forfeited includes, but is not limited to the following:

    a. Apple iPhone, Model MGFL3LL, IMEI # 353044119731728;

    b. HP Pavilion laptop, S/N CND9505WWD;

    c. (1) MicroSD 128 GB PNY;

    d. (1) MicroSD 128 GB SanDisk;

    e. (1) MicroSD 16 GB PNY;

    f. (1) MicroSD 64 GB SanDisk;

    g. (1) MicroSD 128 GB onn;

    h. (1) MicroSD 8GB Generic;

    i. WD My Passport Ultra external hard drive, S/N WX61A15RHYCE;

    j. Toshiba Corporation external hard drive, S/N 34TATA50T1FB;

    k. CamRom.com USB flash drive; and

    l. White Ford E350.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 18, United States Code, Sections 982(b)(1) and 1028(g); Title 21, United States Code, Section 853(p); and Title 28,

United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A _____TRUE_____ BILL

_____Cathleen Jackson_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Erin N. Spritzer*
ERIN N. SPRITZER
*Assistant United States Attorney*
Georgia Bar No. 152374

*/s/ Jessica L. Urban*
JESSICA L. URBAN
*Trial Attorney, Child Exploitation & Obscenity Section, U.S. Department of Justice*
DC Bar No. 1008742

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181