IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN MEYUNG,<br>    Defendant. | CRIMINAL ACTION<br>NO. 4:22-cv-00020-WMR-WEJ-1 |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R & R") [Doc. 45], which recommends that Defendant's Motion to Suppress Statements [Doc. 25] and Motions to Suppress Evidence [Doc. 26; Doc. 27] be **DENIED**. No objection to the R & R has been filed.

## I.   LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id*. As no objection to the R & R has been filed in this case, the clear error standard applies.

## II.  CONCLUSION

After considering the Non-Final Report and Recommendation [Doc. 45], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Suppress Statements [Doc. 25] and Motions to Suppress Evidence [Doc. 26 and Doc. 27] are **DENIED**.

IT IS SO ORDERED, this 24th day of January, 2024.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE